UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60982-Civ-Zloch/Rosenbaum

PATRICK M. HINES,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
and

SOVEREIGN BANK,

    Garnishee
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF GARNISHMENT

Defendant has satisfied the two judgments (DE 8) and (DE 14) entered against it in this case by paying Plaintiff the full amount of the judgments.  Accordingly, Plaintiff voluntarily dismisses with prejudice Plaintiff's Motion for Writ of Garnishment against Sovereign Bank (DE 15) and the Writ of Garnishment (DE 16) later issued and requests Sovereign Bank release the funds that it is presently holding pursuant to the Writ of Garnishment.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60982-Civ-Zloch/Rosenbaum

PATRICK M. HINES,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
and

SOVEREIGN BANK,

    Garnishee
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 28, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Mr. Robert Handley
Valentine & Kebartas, Inc.
Suite 240
524 Cleveland Blvd
Caldwell, ID 83651
Telephone: 855-821-6011

<u>Via U.S. Mail with a courtesy copy via electronic mail.</u>

Ms. Debbie Lewis
C.O.P Process Specialist
Court Ordered Processing
MA1-MB3-02-10
P.O. Box 841005
Boston, MA 02284
Telephone: 617-514-5189
Facsimile: 617-533-1188

<u>Via U.S. Mail with a courtesy copy via facsimile.</u>