UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60982-Civ-Zloch/Rosenbaum

PATRICK M. HINES,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
and

SOVEREIGN BANK,

    Garnishee
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of two judgments (DE 8) for damages entered January 13, 2011 and (DE 14) for attorneys' fees and costs entered September 7, 2011 against, Valentine & Kebartas, Inc., acknowledges that full payment thereof has been received and the Judgments are satisfied.

_____
Patrick M. Hines

STATE OF FLORIDA    )
                                ss:
COUNTY OF BROWARD  )

The foregoing Satisfaction of Judgment was acknowledged before me this 29 day of February, 2012 by Patrick M. Hines, who is personally known

to me or who produced ____FLORIDA DRIVERS LICENSE____ as identification and who (did)/did not take an oath.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Sandra W. Fillichio
Commission # DD763420
Expires:   MAY 16, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60982-Civ-Zloch/Rosenbaum

PATRICK M. HINES,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
and

SOVEREIGN BANK,

    Garnishee
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 29, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        s/Donald A. Yarbrough
                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Robert Handley
Valentine & Kebartas, Inc.
Suite 240
524 Cleveland Blvd
Caldwell, ID 83651
Telephone: 855-821-6011

Via U.S. Mail with a courtesy copy via electronic mail.

Ms. Debbie Lewis
C.O.P Process Specialist
Court Ordered Processing
MA1-MB3-02-10
P.O. Box 841005
Boston, MA 02284
Telephone: 617-514-5189
Facsimile: 617-533-1188

Via U.S. Mail with a courtesy copy via facsimile.